**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**LEONARD WINDELL WATERS,**

     **Plaintiff,**

**vs.**                                    **CASE NO. 1:07CV158-MP/AK**

**STATE OF FLORIDA, et al,**

     **Defendants.**

_____/


**O R D E R**

Plaintiff has moved for reconsideration of the undersigned's Report and Recommendation (doc. 7) recommending that Plaintiff's complaint be dismissed for failure to prosecute because he did not provide inmate account information and there had been no further communication from him.  Plaintiff claims that he did not receive the Order directing him to pay a fee and he wants his new address noted and the recommendation that his case be dismissed reconsidered.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's Motion for Reconsideration (doc. 9) is **GRANTED**, and the Report and Recommendation (doc. 7) is **WITHDRAWN**.

2.  The Clerk shall mail to Plaintiff a copy of the Order directing that he file inmate account information or pay the full filing fee (doc. 5) and Plaintiff is given through **October 24, 2008**, to provide this information.

**DONE AND ORDERED** this 14th day of October, 2008.


 s/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv158-mp/ak**