IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LEONARD WINDELL WATERS,

    Plaintiff,

v.                                      CASE NO. 1:07-cv-00158-MP -GRJ

WILLIAM P CERVONE, CHARLES J CRIST, SADIE DARNELL, DELORD, RICHARD DUGGER, GLENN HANCOCK, ROBERT JERNING, CARRIE LUND, JAMES R MCDONOUGH, CLAYTON REITER, ROLLIN, RACHEL TRUXELL,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 29, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to prosecute. The Magistrate filed the Report on February 4, 2011. Plaintiff has filed no objection, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate that the case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 29) is ADOPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this _15th_ day of March, 2011

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge